87352-6

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Ft. Lauderdale Division

CASE NO. 18:cv-60479-BB-O'Valle

JENNA HOLLAND, as Personal Representative of the Estate of Mary Molina, on behalf of the Estate of MARY MOLINA, on behalf of the Estate and its lawful survivors, to Wit: JENNA HOLLAND, surviving mother,

 Plaintiff,

v

HUNTER DOUGLAS, INC.,

 Defendants.
_____/

## NOTICE OF SERVICE OF PROPOSAL FOR SETTLEMENT

Defendant, Hunter Douglas Inc., by and through the undersigned counsel, hereby gives notice that a Proposal for Settlement has been served upon Plaintiff, Jenna Holland, as Personal Representative of the Estate of Mary Molina, on behalf of the Estate of Mary Molina, on behalf of the Estate and its lawful survivors, pursuant to § 768.79, Fla. Stat., and Rule 1.442, Fla.R.Civ.P., by e-mail to counsel for Plaintiff on this 22nd day of June, 2018.

*Pro Hac Vice*

| *s/Michiko A. Brown* | *s/Brandon J. Hechtman* |
|---|---|
| Michiko A. Brown | Bar No. 88652 |
| miko.brown@dgslaw.com | BHechtman@WickerSmith.com |
| Robin M. Gresko | Wicker Smith O'Hara McCoy & Ford P.A. |
| robin.gresko@dgslaw.com | 2800 Ponce de Leon Blvd., suite 800 |
| DAVIS GRAHAM & STUBBS LLP | Coral Gables, FL  33134 |
| 1550 17th St., Suite 500 | Telephone: (305) 448-3939 |
| Denver, CO  80202 | Facsimile: (305) 441-1745 |
| Telephone: (303) 892-9400 | |
| Facsimile: (303) 893-1379 | |

4474731.1

CASE NO. 18:cv-60479-BB-O'Valle

*Attorneys for Defendant Hunter Douglas Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of the foregoing was filed and served via the CM/ECF system on June 22, 2018 on all counsel or parties of record listed below.

Courtney S. Clyne
The Law Offices of Berman & Berman, P.A.
Post Office Box 272789
Boca Raton, FL  33427
Telephone: (561) 826-5200
Facsimile:  (561) 826-5201
service@thebermanlawgroup.com
Attorney for Plaintiff

*s/ Brandon J. Hechtman*